# United States District Court
for the
Southern District of Indiana

| | | |
|---|---|---|
| KARTIK PATEL and PMK CORPORATION d/b/a BUDGET 8 INN, | ) ) ) | |
| *Plaintiff,* | ) ) ) | |
| vs. | ) ) ) | Cause No: 1:23-cv-1495 |
| CONSOLIDATED CITY OF INDIANAPOLIS/ MARION COUNTY; CITY OF INDIANAPOLIS DEPARTMENT OF BUSINESS AND NEIGHBORHOOD SERVICES; ABBEY BRANDS, in her official capacity; AMY WUNDER, in her official capacity, and CHARLES ASKEW in his official and individual capacities, | ) ) ) ) ) ) ) ) ) | |
| *Defendants.* | ) | |

**SUMMONS IN A CIVIL ACTION**

TO:   Consolidated City of Indianapolis/
Marion County
c/o Office of Corporation Counsel
200 East Washington Street
City-County Building, Room 1601
Indianapolis, Indiana 46204

City of Indianapolis Department of
Business and Neighborhood Services
c/o Office of Corporation Counsel
200 East Washington Street
City-County Building, Room 1601
Indianapolis Indiana 46204

Abbey Brands, Director
City of Indianapolis Business and
Neighborhood Services
1200 Madison Avenue, #100
Indianapolis, Indiana 46225

Amy Wunder, Administrator/Deputy Director
City of Indianapolis Business and
Neighborhood Services
1200 Madison Avenue, #100
Indianapolis, Indiana 46225

Charles Askew, License Administrator
City of Indianapolis Business and
Neighborhood Services
1200 Madison Avenue, #100
Indianapolis, Indiana 46225

Charles Askew, Individually
c/o City of Indianapolis Business and
Neighborhood Services
1200 Madison Avenue, #100
Indianapolis, IN 46225

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Civil Summons (Page 2)

**TOMPKINS LAW**

By:   */s/ John L. Tompkins*
      John L. Tompkins
      johnltom@mac.com

      608 East Market Street
      Indianapolis, IN 46202
      P: (317) 507-4838

**K&L GATES LLP**

Charles F. Rysavy
*(of counsel, pro hac vice application to be submitted)*
charles.rysavy@klgates.com

Seth I. Allen
*(of counsel, pro hac vice application to be submitted)*
Seth.allen@klgates.com

One Newark Center, Tenth Floor
Newark, New Jersey 07102
P: (973) 848-4000
F: (973) 848-4001

Robert Everett Wolin
*(of counsel, pro hac vice application to be submitted)*
Robert.Wolin@klgates.com

1717 Main Street, Suite 2800
Dallas, Texas 75201
P: (214) 939-4909
F: (214) 939-5849

*Attorneys for Plaintiffs*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____    _____
                                                                                           *Signature of Clerk or Deputy Clerk*

Civil Action Number: _____

# PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____   _____
                                                *Server's Signature*

                                                _____
                                                *Printed name and title*

                                                _____
                                                *Server's address*

Additional information regarding attempted service, etc.