# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KARTIK PATEL and PMK CORPORATION d/b/a BUDGET 8 INN, <br><br> Plaintiffs, <br><br> v. <br><br> CONSOLIDATED CITY OF INDIANAPOLIS/MARION COUNTY; CITY OF INDIANAPOLIS DEPARTMENT OF BUSINESS AND NEIGHBORHOOD SERVICES; ABBEY BRANDS in her official capacity; AMY WUNDER in her official capacity, and CHARLES ASKEW, in his official and individual capacities, <br><br> Defendants. | Civil Action No.: <br><br> 1:23-cv-01495-JMS-MKK |

## MOTION OF PLAINTIFFS' TO STRIKE DEFENDANTS' ANSWER TO COMPLAINT

Plaintiffs Kartik Patel ("Patel") and PMK Corporation d/b/a Budget 8 Inn ("PMK", and together with Patel, "Plaintiffs"), by and through their attorneys, pursuant to Rule 12(f)(2) of the Federal Rules of Civil Procedure, move to strike the answer of defendants Consolidated City of Indianapolis/Marion County, the City of Indianapolis Department of Business and Neighborhood Services, Abbey Brands,

Amy Wunder, and BNS License Administrator Charles Askew (collectively, "Defendants").

WHEREFORE, Plaintiffs move for an Order deeming admitted Paragraphs 14–16, 39–45, 47–48, 50, 53–54, 59–60, 87–89, 91, 98, 114–115, 119, 150, 156, and 158–159 of Defendant's Answer to the Complaint and striking the remainder of the Defendants' Answer in its entirety.

Dated:  November 6, 2023               Respectfully submitted,

**TOMPKINS LAW**

By:   /s/ *John L. Tompkins*
John L. Tompkins
johnltom@mac.com

608 East Market Street
Indianapolis, IN 46202
P: (317) 507-4838

**K&L GATES LLP**

Robert Everett Wolin
*(pro hac application pending)*
Robert.Wolin@klgates.com

Charles F. Rysavy
*(admitted pro hac vice)*
charles.rysavy@klgates.com

Seth I. Allen
*(admitted pro hac vice)*
Seth.allen@klgates.com

-3-

One Newark Center, Tenth Floor
Newark, New Jersey 07102
P: (973) 848-4000
F: (973) 848-4001

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on **November 6, 2023**, a copy of the foregoing Motion, and Brief in Support, were filed electronically. Notice of the filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

By: */s/ John L. Tompkins*
John L. Tompkins
johnltom@mac.com

608 East Market Street
Indianapolis, IN 46202
P: (317) 507-4838