# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KARTIK PATEL and PMK CORPORATION d/b/a BUDGET 8 INN, <br><br> Plaintiffs, <br><br> v. <br><br> CONSOLIDATED CITY OF INDIANAPOLIS/MARION COUNTY; CITY OF INDIANAPOLIS DEPARTMENT OF BUSINESS AND NEIGHBORHOOD SERVICES; ABBEY BRANDS in her official capacity; AMY WUNDER in her official capacity, and CHARLES ASKEW, in his official and individual capacities, <br><br> Defendants. | Civil Action No.: <br><br> 1:23-cv-01495-JMS-MKK <br><br><br> **[PROPOSED] ORDER** |

AND NOW, this ____ day of _____, 2023, having considered Plaintiffs' Motion to Strike Defendants' Answer to Complaint (the "Motion"), Defendants' Memorandum is Opposition to the Motion, and Plaintiffs' Reply, if any, IT IS HEREBY ORDERED AS FOLLOWS:

1. the Motion is GRANTED;

2. Paragraphs 14–16, 39–45, 47–48, 50, 53–54, 59–60, 87–89, 91, 98, 114–115, 119, 150, 156, 158–159 of Defendants' Answer to the Complaint are DEEMED ADMITTED; and

-2-

3. the remainder of Defendants' Answer to the Complaint is STRICKEN without prejudice.

_____

U.S.D.J., Jane Magnus-Stinson